# GIRARD GIBBS
LLP
ATTORNEYS AT LAW

**MEMO ENDORSED**

January 10, 2017

Application granted.
The Clerk of Court is directed to file this
Order in all consolidated actions.

SO ORDERED:

**FILED VIA ECF**
**COURTESY COPY MAILED TO CHAMBERS**

Honorable William H. Pauley, III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

WILLIAM H. PAULEY III
U.S.D.J.

1/11/17

> **Re:** *In re: Topical Corticosteroid Antitrust Litigation*, No. 16-mc-7000
> *In re: Clobetasol Antitrust Litigation*, No. 16-mc-7229
> *In re: Desonide Antitrust Litigation*, No. 16-mc-7987
> *In re: Fluocinonide Antitrust Litigation*, No. 16-mc-8911

Dear Judge Pauley:

We respectfully submit this letter-motion pursuant to Rule 1(D) of Your Honor's
Individual Practices to request a further extension of time for Taro Pharmaceutical Industries and
Taro Pharmaceuticals U.S.A., Inc. to produce documents as required in paragraph 22 of Master
Case Order No. 1. Taro's deadline to produce has been extended once previously (at Taro's
request), from January 5, 2017 to January 12, 2017. We request that Taro's deadline be extended
an additional 14 days, from January 12, 2017 to January 26, 2017.

We seek this additional extension to accommodate the request of the United States
Department of Justice, which has requested an extension of the production deadline so that it can
consider whether to move to intervene in these cases before Taro produces documents. The
DOJ informed us on January 9, 2017 that if Taro's deadline is not extended, it will move to
intervene and seek a stay of Taro's obligation to comply with the Court's order to produce the
requested materials. Taro consents to the requested extension.

Based on the foregoing, Plaintiffs respectfully requests that the Court endorse this letter,
extending Taro's deadline to produce documents from January 12 to January 26, 2017.

Respectfully submitted,

**GIRARD GIBBS LLP**

Daniel C. Girard

**cc:** Counsel for Defendants via ECF and email; Counsel for the Department of Justice via email